IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| GOVERNMENT MICRO RESOURCES, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.  05-1371 |
| SEISINT, INCORPORATED, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss.  The Court finds that Plaintiff has stated a claim upon which relief may be granted.  Thus, it is hereby

ORDERED that Defendant's motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20, 2006